Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
Western District of Michigan ▼

_____SOUTHERN__ Division

**FILED**
January 25, 2021 3:41 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: mkc  SCANNED BY: TB 1/27/21

IN RE: STACEY R. SMITH U.S.C.C. O.A. : 20-1716.
SUCCESSIVE TO 1:16-CV-1381. P-25194.
PRO SE INFORMA PAUPERIS:
855 KALAMAZOO AVE SE GRAND RAPIDS, MI49507

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

IN RE CONTEMPT MCR 3.306 & 28 USC 1361 & 1631 AND MOTION AND ORDER TO SHOW CAUSE; CHRIS BECKER, JOHN BEASON; 17TH CIR. (RETIRED) HON.: GEORGE S. BUTH P-11479.

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No.   U.S.C.C.O.A.: 20-1716 FROM 17-1022.
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  ☑ Yes  ☐ No

**1:21-cv-78**
Janet T. Neff
U.S. District Judge

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | IN RE: Mr. Stacey R Smith  (PRO SE IN FORMA PAUPERIS). |
| Street Address | 855 KALAMAZOO AVE SE |
| City and County | GRAND RAPIDS COUNTY - (KENT). |
| State and Zip Code | MICHIGAN 49507-1379. |
| Telephone Number | 616-500-4316. |
| E-mail Address | androgenxalon@att.net |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | CHIEF JUSTICE BRIDGET M. MCCORMACK  P-58537. |
| Job or Title *(if known)* | CHIEF JUSTICE OF THE MICHIGAN SUPREME COURT |
| Street Address | 925 W OTTAWA ST ONE JUSTICE HALL - (COURT CLERK). |
| City and County | LANSING  COUNTY- (INGHAM). |
| State and Zip Code | MICHIGAN  48915 |
| Telephone Number | 517-373-0123. |
| E-mail Address *(if known)* | bmccormack@michigan.gov |

Defendant No. 2

| | |
|---|---|
| Name | CHIEF JUDGE MARK A. TRUSOCK P-38156 |
| Job or Title *(if known)* | CHIEF JUDGE OF THE 17TH JUDICIAL CIRCUIT COURT. |
| Street Address | 180 OTTAWA AVE NW SUITE NO.: 2500. (COURT CLERK).. |
| City and County | GRAND RAPIDS COUNTY - (KENT). |
| State and Zip Code | MICHIGAN 49503 |
| Telephone Number | 616-632-5008. |
| E-mail Address *(if known)* | mark.trusock@kentcountymi.gov/ |

Defendant No. 3

| | |
|---|---|
| Name | LEAD PROSECUTOR CHRIS R. BECKER  P-53752. |
| Job or Title *(if known)* | LEAD PROSECUTOR FOR THE COUNTY OF KENT. |
| Street Address | 82 IONIA AVE NW SUITE NO.: 450. |
| City and County | GRAND RAPIDS COUNTY - (KENT). |
| State and Zip Code | MICHIGAN 49503 |
| Telephone Number | 616-632-4710 |
| E-mail Address *(if known)* | chris_becker@kentcountymi.gov |

Defendant No. 4

| | |
|---|---|
| Name | DEFENSE COUNSEL JOHN R. BEASON P-34095. |
| Job or Title *(if known)* | DEFENSE COUNSEL JOHN R. BEASON P-34095. |
| Street Address | 15 IONIA AVE  NW SUITE NO.: 530. |
| City and County | GRAND RAPIDS COUNTY - (KENT). |
| State and Zip Code | MICHIGAN 49503 |
| Telephone Number | 616-458-3791. |
| E-mail Address *(if known)* | beasonjohn@yahoo.com |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✔] Federal question   [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
Pursuant to the duties imposed upon it by virtue of 28 U.S.C. 2403(a), this Court will please certify to the Office of the Attorney General that the constitutionality of an Act of Congress affecting the public interest is herein drawn in question.
The Federal question being, if a state agency is allowed to knowingly accept falsified information or a document which causes (self-incrimination) to be used which infringes upon Article 17 of the Michigan Constitution in a criminal case as follows: Misconduct by George

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* IN RE: MR. STACEY R. SMITH (PRO PER), is a citizen of the State of *(name)* MICHIGAN.

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* NONE., is incorporated under the laws of the State of *(name)* _____,

   and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* BRIDGET M. MCCORMACK P-58537., is a citizen of the State of *(name)* MICHIGAN. Or is a citizen of *(foreign nation)* UNITED STATES OF AMERICA.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant, *(name)* MICHIGAN SUPREME COURT. , is incorporated under the laws of the State of *(name)* MICHIGAN. , and has its principal place of business in the State of *(name)* MICHIGAN SUPREME COURT.

Or is incorporated under the laws of *(foreign nation)* _____

and has its principal place of business in *(name)* _____

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

INVOICE
Amount Due (USD)
$419,876.60
BILL TO
COUNTY OF KENT - STATE OF MICHIGAN.
Linda Howell - CORPORATE COUNSEL

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

MANDAMUS UT DE FOEDERATUM - (FOEDERATI ORDINE DE MANDAMUS).

ISSUES PRESENTED:

    The Order from the Sixth Circuit originally in Case No.: 17-1022, literally instructed me to "launch my direct and collateral attacks on my state court convictions", and I have. I have maintained that this matter relies on the Federal Order received from the Honorable Paul Lewis Maloney P-25194 in Case No.: 1:16-CV-1381 -

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

MCR 7.211 (C) (9) - A motion to seal

Appellant case no: 336537

and lower court case no: 14-11012-FH in

WHOLE.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

The plaintiff, IN RE Stacey R. Smith, has affirmed Superintending Control through the Federal opinion adopted, IN PART, A [FEDERAL ORDER OF MANDAMUS], of U.S. Magistrate Judge Ray Kent's Report and Recommendation by U.S. District Judge Paul L. Maloney with Subject-Matter Jurisdiction pursuant to the Fifth Amendment and of Article 17 of the Michigan Constitution, with regard to the Plaintiff's Brief for Writ of Mandamus Extraodinaire with Exhibition and, (Exparte Request for Judicial Review). This is a Motion to Intervene in Challenge to the Constitutionality of Law; FED R. APP P44, 28 § U.S.C 2403, in regards to the deceptive methodology of Detective Phillip Swiercz of the Wyoming Police Department. To where he deliberately curtailed

## V.  Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.  For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:          01/18/2021

Signature of Plaintiff          MR. STACEY R SMITH (ONLY):
Printed Name of Plaintiff

### B.  For Attorneys

Date of signing:          01/18/2021

| | |
|---|---|
| Signature of Attorney | PRO SE INFORMA PAUPERIS. |
| Printed Name of Attorney | MR. STACEY R SMITH |
| Bar Number | PRO SE (PRO PER). : HONORIS CAUSA; AD HONOREM. |
| Name of Law Firm | PRO SE: (MANDAMUS UT DE FOEDERATUM). |
| Street Address | 855 KALAMAZOO AVE SE GRAND RAPIDS |
| State and Zip Code | MICHIGAN 49507-1379. |
| Telephone Number | 616-500-4316 |
| E-mail Address | androgenxdalon@att.net |

Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

# UNITED STATES DISTRICT COURT
## for the
### Western District of Michigan

_____SOUTHERN___ Division

| | |
|---|---|
| MR. STACEY R. SMITH PRO SE (IN FORMA PAUPERIS. 28 USC 1361 & 1631 & MCL 400.1701 & 4401 (1) - MANDAMUS AGAINST A STATE OFFICIAL. - MANDAMUS UT DE FOEDERATUM. <br><br> *Plaintiff(s)* <br> *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* <br><br> -v- <br><br> (JURY DEMAND) - HON.: MICHIGAN SUPREME CHIEF JUSTICE BRIDGET M. MCCORMACK P58387. & KENT COUNTY LEAD PROSECUTOR CHRIS R. BECKER P-53572. <br><br> *Defendant(s)* <br> *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Case No. 1:16-CV-1381 USCCA: 20-1716. <br> *(to be filled in by the Clerk's Office)* <br><br> Jury Trial: *(check one)*  ✔ Yes  ☐ No |

## COMPLAINT FOR A CIVIL CASE ALLEGING BREACH OF CONTRACT
### (28 U.S.C. § 1332; Diversity of Citizenship)

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | HON. GEORGE S. BUTH P-11479. (RETIRED) C/O P-44006. |
| Street Address | 300 MONROE AVE NW (CORPORATE COUNSEL). |
| City and County | GRAND RAPIDS COUNTY (KENT). |
| State and Zip Code | MICHIGAN 49503 |
| Telephone Number | 616-632-7570. (KENT COUNTY ADMINISTRATION) |
| E-mail Address | linda.howell@kentcountymi.gov (CORPORATE COUNSEL) |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | HON.: BRIDGET M. MCCORMACK P-58387. (CJ)-MSC. |
| Job or Title *(if known)* | CHIEF JUSTICE OF THE MICHIGAN SUPREME COURT. |
| Street Address | 925 W. OTTAWA ST |
| City and County | LANSING COUNTY (INGHAM) 55TH JUDICIAL DISTRCIT. |
| State and Zip Code | MICHIGAN 48915 |
| Telephone Number | 517-373-0123 |
| E-mail Address *(if known)* | bmccormack@michigan.gov(MANDAMUS UT DE FOEDERATUM) |

Defendant No. 2

| | |
|---|---|
| Name | LEAD PROSECUTOR CHRIS R. BECKER P-53572. |
| Job or Title *(if known)* | LEAD PROSECUTOR CHRIS R. BECKER P-53572. |
| Street Address | 82 IONIA AVE NW SUITE NO.: 450. |
| City and County | GRAND RAPIDS COUNTY (KENT) |
| State and Zip Code | MICHIGAN 49503 |
| Telephone Number | 616-632-4710 |
| E-mail Address *(if known)* | chris_becker@kentcountymi.gov (ORDER TO SHOW CAUSE) |

Defendant No. 3

| | |
|---|---|
| Name | HON.: MARK A. TRUSOCK P-38156. (MCR 3.302) (MCR 3.305) |
| Job or Title *(if known)* | CHIEF JUDGE OF THE 17TH JUDICIAL CIRCUIT COURT. |
| Street Address | 180 OTTAWA AVE NW |
| City and County | GRAND RAPIDS COUNTY (KENT) |
| State and Zip Code | MICHIGAN 49503 |
| Telephone Number | 616-632-5008 |
| E-mail Address *(if known)* | mark.trusock@kentcountymi.gov |

Defendant No. 4

| | |
|---|---|
| Name | DEFENSE COUNSEL JOHN R. BEASON P-34095. |
| Job or Title *(if known)* | DEFENSE COUNSEL TO L.C. NO.: 14-11012-FH |
| Street Address | 15 IONIA AVE NW SUITE NO.: 530 |
| City and County | GRAND RAPIDS COUNTY (KENT |
| State and Zip Code | MICHIGAN 49503 |
| Telephone Number | 616-458-3791 |
| E-mail Address *(if known)* | beasonjohn@yahoo.com (jrbassistant@gmail.com) |

Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

### A. The Plaintiff(s)

1. If the plaintiff is an individual

    The plaintiff, *(name)* IN RE: STACEY R SMITH (PRO SE), is a citizen of the State of *(name)* MICHIGAN.

2. If the plaintiff is a corporation

    The plaintiff, *(name)* NONE, is incorporated under the laws of the State of *(name)* _____,

    and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B. The Defendant(s)

1. If the defendant is an individual

    The defendant, *(name)* CHIEF JUSTICE BRIDGET MCCORMACK, is a citizen of the State of *(name)* MICHIGAN. Or is a citizen of *(foreign nation)* NONE.

2. If the defendant is a corporation

    The defendant, *(name)* MICHIGAN SUPREME COURT - (MSC)., is incorporated under the laws of the State of *(name)* MICHIGAN AND THE UNITED STATES - (USA)., and has its principal place of business in the State of *(name)* MICHIGAN.

    Or is incorporated under the laws of *(foreign nation)* NONE,

    and has its principal place of business in *(name)* 925 W. OTTAWA ST LANSING, MI 48915.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

### C. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain):*

Page 3 of 5

DEFAULT REQUEST,
ENTRY, AND JUDGMENT : COA: 352572 286,660.00 * 25.00%> $ 71,665.00 + 286,660.00 = $358,325.00
(SUM CERTAIN)

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The plaintiff, *(name)* IN RE: STACEY R SMITH, and the defendant, *(name)* MICHIGAN SUPREME COURT AND THE KENT COUNTY PROS., made an agreement or contract on *(date)* 07/22/2015. The agreement or contract was *(oral or written)* Written. Under that agreement or contract, the parties were required to *(specify what the agreement or contract required each party to do)*

BREACH OF THE 17TH JUDICIAL CIRCUIT PLEA (SENTENCING AGREEMENT) - FOEDERATI ORDINE DE MANDAMUS - MCR 3.302; MCR 3.305; MCL 400.1701; MCL 400.4401 (1) - 28 USC 1361 & 1631 - ARTICLE 17 OF THE MICHIGAN CONSTITUTION OF 1963; AMENDMENT (V) MOTION TO SEAL MSC: 161058 - DENIED UNDER THE INSTRUCTION OF THE 6TH CIRCUIT COURT OF APPEALS - 20-1716 - MOTION FOR RELIEF FROM JUDGEMENT; ORDER TO VACATE CONVICTION-MOTION TO TRANSFER:28USC1631.

The defendant failed to comply because *(specify what the defendant did or failed to do that failed to comply with what the agreement or contract required)*

28 U.S.C. § 1631 authorizes transfer of civil actions and appeals among the federal courts when a court "finds that there is a want of jurisdiction." The
question presented by the petition is:
Did the court of appeals correctly conclude
that, under 28 U.S.C. § 1631, "want of jurisdiction" refers to want of either subject-matter or

The plaintiff has complied with the plaintiff's obligations under the contract.

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

DEFAULT REQUEST,
ENTRY, AND JUDGMENT : COA: 352572 286,660.00 * 25.00%> $ 71,665.00 + 286,660.00 = $358,325.00
(SUM CERTAIN)

Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 01/18/2021

Signature of Plaintiff: MR. STACEY R. SMITH (ONLY)

Printed Name of Plaintiff: MR. STACEY R SMITH (PRO SE) INFORMA PAUPERIS.

### B. For Attorneys

Date of signing: 01/18/2021

Signature of Attorney: NONE
Printed Name of Attorney:
Bar Number:
Name of Law Firm:
Street Address:
State and Zip Code:
Telephone Number:
E-mail Address: