Reset Form

| | |
|---|---|
| DATE: | 1/25/2021 |
| REPLY TO ATTN OF: | Mary |
| SUBJECT: | Possibly Related Case |
| | CASE NUMBER: 1:21-cv-78 |
| | CASE CAPTION: Smith v Becker et al |

UNITED STATES DISTRICT COURT

# memorandum

**FILED - GR**
January 27, 2021 11:47 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: tb   SCANNED BY: TB 1/27/21

**1:21-cv-78**
Janet T. Neff
U.S. District Judge

TO: Magistrate Judge Kent

According to the Complaint the attorney of record indicates this case is related to the cases listed below:

Judge Paul L. Maloney    Case Number  1:16-cv-1381

Case Number _____

Case Number _____

____ Case is related      X Case is not related

Pursuant to Local Civil Rule 3.3.1(d)(iii)(A), civil cases are deemed related when a filed case:

____ (1) relates to property involved in an earlier numbered pending suit

____ (2) arises out of the same transaction or occurrence and involves one or more of the same parties as a pending suit

____ (3) involves the validity or infringement of a patent already in suit in any pending earlier numbered case

____ (4) is a refiling of an earlier case that was dismissed or remanded to state court

COMMENTS BY MAGISTRATE JUDGE: _____

Dated: 1/22/2021     _____
                      Signature

____ Direct assignment performed
 X  Random assignment performed

Initials: TLB     Date: 1/27/21

07/15