UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STACEY R. SMITH,

    Plaintiff,

v.

                                    Case No. 1:21-cv-78

                                    HON. JANET T. NEFF

BRIDGET M. MCCORMACK, et al.,

    Defendants.
_____/

## ORDER

This is a civil action filed by a *pro se* litigant. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (ECF No. 11) on February 11, 2021, recommending that Plaintiff's complaint be dismissed for failure to state a claim. The Report and Recommendation was duly served on Plaintiff.[1] No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF. No. 11) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith because Plaintiff failed to file any objections. See *McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997), overruled on other grounds by *Jones v. Bock*, 549 U.S. 199, 206, 211-12 (2007).

A Judgment will be entered consistent with this Order.

Dated: March 3, 2021                                               /s/ Janet T. Neff
                                                                     JANET T. NEFF
                                                                       United States District Judge

---

[1] Plaintiff is the only party that has appeared in the case at this time.